No. 99–98. IBRAHIM v. NEW YORK STATE DEPARTMENT OF HEALTH. C. A. 2d Cir. Certiorari denied.

No. 99–100. LAMONTAGNE v. ST. LOUIS DEVELOPMENT CORP. ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–101. SCHOLL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–102. TOPINK, ILLINOIS STATE TREASURER v. COMMONWEALTH EDISON CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–103. ALLENDER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–108. MCDONALD ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–110. CHERRIX v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 99–112. MCFADDEN v. MISSISSIPPI STATE BOARD OF MEDICAL LICENSURE. Sup. Ct. Miss. Certiorari denied.

No. 99–113. VILLAGE OF NORTHFIELD v. 10280 NORTHFIELD ROAD, LLC. C. A. 6th Cir. Certiorari denied.

No. 99–114. QUALIA v. QUALIA ET AL. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 99–115. HARRIS v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 99–117. LUMBERMENS MUTUAL CASUALTY CO. v. LIBERTY MUTUAL INSURANCE CO. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 99–118. ELK CORPORATION OF DALLAS v. GAF BUILDING MATERIALS CORP. ET AL. C. A. Fed. Cir. Certiorari denied.